UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CR86

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LINDA A. KNOX, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Defendant's Motion to Unseal Documents [# 63]. Defendant moves to unseal Docket Entry Numbers 17, 20, 29, 52, and 54 so that counsel can prepare Defendant's appellant brief in the United States Court of Appeals for the Fourth Circuit. These documents include the presentence report, objections to the presentence report, and other sentencing related documents. Counsel was retained after sentencing to represent Defendant on appeal of this matter. The Government consents to the motion and the unsealing of these documents.

It is unclear to this Court, however, whether counsel is requesting access to these documents or whether she wants the Court to unseal the documents in their entirety and allow full access to any third party who may access the docket. Accordingly, the Court **GRANTS** in part the motion [# 63]. The Court **GRANTS**

the motion to the extent Attorney Christian Dysart, or any of the attorneys of record for Defendant, seeks access to Docket Entry Numbers 17, 20, 29, 52, and 54. The Court **DIRECTS** the Clerk to allow counsel for Defendant access to these docket entries. To the extent Defendant seeks the public release of all such documents, the Court **DENIES without prejudice** the motion. Upon a showing by Defendant with citations to legal authority supporting the relief requested, the Court will reconsider unsealing the documents.

Signed: February 21, 2013

Dennis L. Howell
United States Magistrate Judge