IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:10CR00086-001 |
| | ) | (Financial Litigation Unit) |
| LINDA ALLEN KNOX | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FURNITURE SPECIALITIES OF ASHEVILLE, | ) | |
| Garnishee. | | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Linda Allen Knox is DISMISSED.

Signed: January 12, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge