THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:10-cr-00086-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LINDA ALLEN KNOX, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion to obtain a passport. [Doc. 85].

In December 2010, the Defendant pleaded guilty to mail fraud, and aiding and abetting the same, in violation of 18 U.S.C. §§ 1341 and 2. On October 23, 2012, she was sentenced to a term of 33 months' imprisonment and was ordered to pay $22,052.00 in restitution. [Doc. 53]. The Defendant is currently on supervised release for a term of three (3) years.

The Defendant moves for permission to obtain a passport. For grounds, the Defendant states that her partner has given her a trip to Europe as a gift and she would have to confirm the reservations now in order to travel later this year. [Doc. 85].

The Defendant states that she is current on her court-ordered payments, a fact which her supervising probation officer has verified. The Defendant, however, was ordered to pay over $22,000 in restitution, and the vast majority of that amount remains unpaid. In light of substantial portion of the restitution judgment that remains owing, the Court in the exercise of its discretion will deny the Defendant's request to obtain a passport at this time.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion to obtain a passport [Doc. 85], is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: March 30, 2016

Martin Reidinger
United States District Judge